IN THE UNITED STATES DISTRICT COURT
IN THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:26-CV-649-WO-JEP

| | |
|---|---|
| YEHONATAN KAPACH,<br><br>Plaintiff,<br><br>v.<br><br>CABARRUS COUNTY, NORTH CAROLINA; ASHLIE P. SHANLEY, DISTRICT ATTORNEY, IN HER INDIVIDUAL CAPACITY ONLY; JOHN DOE ASSISTANT DISTRICT ATTORNEY, IN HIS INDIVIDUAL CAPACITY; JOHN/JANE DOE CLERKS; JOHN/DOE COURT OFFICIALS,<br><br>Defendants | **DEFENDANT CABARRUS COUNTY, NORTH CAROLINA'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

NOW COMES Defendant, Cabarrus County, North Carolina, by and through undersigned counsel, and moves to dismiss Plaintiff's Complaint [DE 1] pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. For the reasons stated in the contemporaneously filed Brief in Support, Defendant Cabarrus County seeks an Order dismissing Plaintiff's Complaint as to all claims alleged.

This the 27th day of August, 2026.

/s/ JAMES D. MCALISTER
Bar No: 35432
McAngus Goudelock & Courie

Post Office Box 30307
Charlotte, North Carolina 28230
Phone: (704) 405-4638
Fax: (704) 643-2376
Email: jmcalister@mgclaw.com
Attorney for Cabarrus County

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed the document to the following non CM/ECF participant:

Yehonatan Kapach
13929 Daltrey Lane
Charlotte, North Carolina 28277
*Pro Se* Plaintiff

s/ James D. McAlister
JAMES D. McALISTER