IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
1:26-CV-649

| | |
|---|---|
| Yehonatan Kapach,<br><br>Plaintiff,<br><br>v.<br><br>Cabarrus County, North Carolina et al.,<br><br>Defendants. | **DEFENDANT ASHLIE P. SHANLEY'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT LR 7.3(a)** |

NOW COMES Defendant District Attorney Ashlie P. Shanley for Cabarrus County, by and through Assistant Attorney General Faiza Ali, for the purpose of moving this Court to dismiss the Plaintiff's Amended Complaint (DE 21) against her pursuant to Rules 12(b)(6) of the Federal Rules of Civil Procedure, as more fully set forth in the supporting brief filed herewith.

Respectfully submitted, this the 22nd day of September, 2026.


JEFF JACKSON
ATTORNEY GENERAL

/s/Faiza Ali
Assistant Attorney General
North Carolina Department of Justice
P.O. Box 629
Raleigh, North Carolina 27602
Phone: (919) 716-6679
Fax: (919) 716-6755
fali@ncdoj.gov
State Bar No. 63758
*Attorney for District Attorney Ashlie P. Shanley*

## CERTIFICATE OF SERVICE

I hereby certify that on 22 September 2026, I electronically filed the foregoing DEFENDANT ASHLIE P. SHANLEY'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT LR 7.3(a) with the Clerk of Court using the CM/ECF system, which will send notification to the following: I hereby certify that I have mailed the foregoing DEFENDANT ASHLIE P. SHANLEY'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT LR 7.3(a) to the following non-CM/ECF participants:

Yehonatan Kapach
13929 Daltrey Lane
Charlotte, North Carolina 28277
*Plaintiff Pro Se*

Respectfully submitted, this the 22nd day of September, 2026.

/s/Faiza Ali
Assistant Attorney General
North Carolina Department of Justice