IN THE UNITED STATES DISTRICT COURT
IN THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:26-CV-649-WO-JEP

| | |
|---|---|
| YEHONATAN KAPACH,<br><br>Plaintiff,<br><br>v.<br><br>CABARRUS COUNTY, NORTH CAROLINA, et. al.,<br><br>Defendants | **DEFENDANT CABARRUS COUNTY, NORTH CAROLINA'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** |

NOW COMES Defendant, Cabarrus County, North Carolina, by and through undersigned counsel, and moves to dismiss Plaintiff's First Amended Complaint [DE 21] pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. For the reasons stated in the contemporaneously filed Memorandum of Law in Support, Defendant Cabarrus County seeks an Order dismissing Plaintiff's First Amended Complaint as to all claims alleged.

This the 22nd day of September, 2026.

/s/ JAMES D. MCALISTER
Bar No: 35432
McAngus Goudelock & Courie
Post Office Box 30307
Charlotte, North Carolina 28230
Phone: (704) 405-4638
Fax: (704) 643-2376
Email: jmcalister@mgclaw.com
Attorney for Cabarrus County

**CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to all registered counsel of record, and I hereby certify that I am mailing the document to the following non CM/ECF participant:

Yehonatan Kapach
13929 Daltrey Lane
Charlotte, North Carolina 28277
*Pro Se* Plaintiff

s/ James D. McAlister
JAMES D. MCALISTER